48 A.3d 1243

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony Destrois D. WILLIAMS, Petitioner.**

**No. 50 EM 2012.**

Supreme Court of Pennsylvania.

July 18, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 18th day of July, 2012, in response to the Petition for Leave to File Petition for Allowance of Appeal

*Nunc Pro Tunc,* this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County to determine, within 90 days of this order, whether counsel of record should be permitted to withdraw. *See* Pa.R.Crim.P. 120. If the trial court permits counsel of record to withdraw, the court shall appoint new counsel to Petitioner if the trial court determines that Petitioner is entitled to court-appointed counsel. Finally, either counsel, or Petitioner if proceeding *pro se,* shall file a Petition for Allowance of Appeal within 30 days of the trial court's order.